# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALAN LAWRIE,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | CASE NO. 1:12-CV-00177-LJO-DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

Plaintiff Matthew Alan Lawrie ("Plaintiff"), a California state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2012, Plaintiff filed his complaint.

Section 1915(g) of Title 28 of the United States Code provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff became subject to § 1915(g) on October 18, 2011, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury. The Court takes judicial notice of the following cases that qualify as § 1915(g) strikes:

*Lawrie v. State of California, et al.*, 1:11-cv-00471 DLB PC (E. D. Cal.) (dismissed July 28, 2011 for failure to state a claim); *Lawrie v. State of California, et al.*, 1:11-cv-00551-LJO-GSA (E. D. Cal.) (dismissed August 19, 2011 for failure to state a claim and as frivolous);

*Lawrie v. Vargas, et al.*, 3:11-cv-02081-H-BLM (S. D. Cal.) (dismissed October 18, 2011 for failure to state a claim).

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[1]  *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:    February 29, 2012**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claim in this action concerns issues with accessing the law library.  The Court makes no finding as to the merits of Plaintiff's claims.

2